**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **CHERELL HARRINGTON** | ) | **Case No.   20-22037-CMB** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |
| | ) | |
| | ) | **Document No. ____** |

**<u>STATUS REPORT</u>**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the

Bankruptcy Estate of Cherell Harrington (hereinafter "Debtor") and files this "Status Report",

stating in support thereof as follows:

1. The Debtor, Cherell Harrington, (hereinafter "Debtor"), listed a claim for damages

   filed against UPMC and the County of Allegheny originally being litigated in the

   Court of Common Pleas of Allegheny County at Case No. GD-19-016684

   (hereinafter the "Claim").

2. An Order by this Court was entered on May 17, 2021, employing Sara J. Rose,

   Esquire and the attorneys of the ACLU Foundation of Pittsburgh and Margaret C.

   Coleman, Esquire and the Law Offices of Timothy P. O'Brien as Co-Special Cousel

   to litigate the Claim.

3. The Claim involves Fourteenth Amendment due process violations and sex

   discrimination allegations

4. The Claim has since been transferred to the United States District Court for the

   Western District of Pennsylvania at Case No. 2:20-cv-00497-WSH.

5. As of the date of this report, the proceedings were are still in the preliminary motion

to dismiss complaint stage of the litigation.

Respectfully submitted,

Dated: 01/18/22

*/s/ Jeffrey J. Sikirica* __
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
121 Northbrook Drive
Gibsonia, PA  15044
T:  (724) 625-2566
F:  (724) 625-4611
TrusteeSikirica@zoominternet.net
**TRUSTEE FOR DEBTOR**