**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | | |
|---|---|---|---|
| **CHERELL HARRINGTON** | ) | Case No. | 20-22037-CMB |
| | ) | | |
| Debtor. | ) | Chapter 7 | |
| | ) | | |
| | ) | Document No. ___ | |

## STATUS REPORT

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Cherell Harrington (hereinafter "Debtor") and files this "Status Report", stating in support thereof as follows:

1. The Debtor, Cherell Harrington, (hereinafter "Debtor"), listed a claim for damages filed against UPMC and the County of Allegheny originally being litigated in the Court of Common Pleas of Allegheny County at Case No. GD-19-016684 (hereinafter the "Claim").

2. An Order by this Court was entered on May 17, 2021, employing Sara J. Rose, Esquire and the attorneys of the ACLU Foundation of Pittsburgh and Margaret C. Coleman, Esquire and the Law Offices of Timothy P. O'Brien as Co-Special Cousel to litigate the Claim.

3. The Claim involves Fourteenth Amendment due process violations and sex discrimination allegations

4. The Claim has since been transferred to the United States District Court for the Western District of Pennsylvania at Case No. 2:20-cv-00497-WSH.

5. As of the date of this report, discovery is still ongoing and a telephonic Post-

Discovery Status Conference before Judge W. Scott Hardy is set for April 22, 2024.

Respectfully submitted,

Dated: 03/28/24                          ***/s/ Jeffrey J. Sikirica***
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
P.O. Box 36745
Pittsburgh, PA 15243
T: (724) 625-2566
F: (866) 309-5677
TrusteeSikirica@gmail.com
**TRUSTEE FOR DEBTOR**