**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **CHERELL HARRINGTON** ) | Case No. | 20-22037-CMB |
| ) | | |
| **Debtor.** ) | Chapter 7 | |
| ) | | |
| ) | Document No. _____ | |

**STATUS REPORT**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the Bankruptcy Estate of Cherell Harrington (hereinafter "Debtor") and files this "Status Report", stating in support thereof as follows:

1. The Debtor, Cherell Harrington, (hereinafter "Debtor"), listed a claim for damages filed against UPMC and the County of Allegheny originally being litigated in the Court of Common Pleas of Allegheny County at Case No. GD-19-016684 (hereinafter the "Claim").

2. An Order by this Court was entered on May 17, 2021, employing Sara J. Rose, Esquire and the attorneys of the ACLU Foundation of Pittsburgh and Margaret C. Coleman, Esquire and the Law Offices of Timothy P. O'Brien as Co-Special Counsel to litigate the Claim.

3. The Claim involves Fourteenth Amendment due process violations and sex discrimination allegations

4. The Claim has since been transferred to the United States District Court for the Western District of Pennsylvania at Case No. 2:20-cv-00497-WSH.

5. A post discovery status conference was held on January 13, 2025. It now appears

there are similar situated Defendants and this matter may be converted to a class action matter.

6. The District Court Judge has set the following deadlines in the case:

Motion for class action certification due April 4, 2025
Defendant's brief in opposition due June 23, 2025
Plaintiff's reply brief due July 23, 2025.

Respectfully submitted,

Dated: 01/21/25

*/s/ Jeffrey J. Sikirica* __
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
P.O. Box 36745
Pittsburgh, PA  15243
T:  (724) 625-2566
F:  (866) 309-5677
TrusteeSikirica@gmail.com
**TRUSTEE FOR DEBTOR**