**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **CHERELL HARRINGTON** | ) | **Case No.   20-22037-CMB** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |
| | ) | |
| | ) | **Document No. ____** |

**STATUS REPORT**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the

Bankruptcy Estate of Cherell Harrington (hereinafter "Debtor") and files this "Status Report",

stating in support thereof as follows:

1. As noted in prior Status Reports the Debtor, Cherell Harrington, (hereinafter "Debtor"), is litigating claims against UPMC and the County of Allegheny in the United States District Court for the Western District of Pennsylvania at Case No. 2:20-cv-00497-WSH involving Fourteenth Amendment due process violations and sex discrimination allegations.

2. On April 4, 2025, counsel for the Debtor filed a motion and a supporting brief to certify the claims against UPMC and the County of Allegheny as a class action naming the Debtor, two other individuals and on behalf of all persons similarly situated as the class action Plaintiffs.

3. On June 23, 2025 the Defendants, UPMC and the County of Allegheny, filed briefs in opposition to the class action certification.

4. On September 15, 2025 counsel for the Debtor filed a reply brief to the Defendant's opposition brief.

5. As of the date of this Status Report, no ruling has been issued by the District Court as to the class action certification motion.

6. The Trustee will continue the monitor the District Court litigation and periodically file updated Status Reports with this Honorable Court.

Respectfully submitted,

Dated: <u>11/26/2025</u>

*/s/ Jeffrey J. Sikirica* __
Jeffrey J. Sikirica, Trustee
PA. I.D. #36745
P.O. Box 36745
Pittsburgh, PA  15243
T:  (724) 625-2566
F:  (866) 309-5677
TrusteeSikirica@gmail.com
**TRUSTEE FOR DEBTOR**