**Form 209**

UNITED STATES BANKRUPTCY COURT    54 − 52
WESTERN DISTRICT OF PENNSYLVANIA    dric

In re:    Bankruptcy Case No.: 20−22037−CMB

Chapter: 7
Hearing Date: 1/7/26 at 10:30 AM

**Cherell Harrington**
　　Debtor(s)

## CERTIFICATE OF SERVICE

I,_____, of ** _____
_____
_____

**CERTIFY:**

　　That I am at least 18 years of age:

　　That on the _____ day of _____, _____, I served a copy of the within Order
**Setting Date Certain** *together with the Motion* **filed in this proceeding, on:**

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

　Executed on _____    _____
　　　　　　　　　(Date)    　　　　　　　　　　(Signature)

**\*\*Indicate Current Mailing Address**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22037-CMB

Cherell Harrington   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: Dec 03, 2025      Form ID: 209      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherell Harrington, 9261 Valley Street, Pittsburgh, PA 15235-1517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey J. Sikirica | on behalf of Trustee Jeffrey J. Sikirica TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | |

District/off: 0315-2 | User: auto | Page 2 of 2

Date Rcvd: Dec 03, 2025 | Form ID: 209 | Total Noticed: 1

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Cherell Harrington ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9