**PROCEEDING MEMO**

**Date:  01/07/2026 10:30 AM**
**In re:     Cherell Harrington**

**Bankruptcy No.  20-22037-CMB**
**Chapter:  7**
**Doc. #52**

**Appearances:**

**Nature of Proceeding:  #52 Motion to Reconsider Order Approving Relief From Stay**

No one appeared.

OUTCOME: Matter is taken under advisement.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
1/7/26 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA