IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-22037-CMB |
| Cherell Harrington, | : | Chapter 7 |
| Debtor. | : | |
| | : | |
| Lakeview Loan Servicing, | : | |
| Movant, | : | |
| v. | : | Related to Doc. No. 52 |
| Cherell Harrington. | : | |
| Respondent.[1] | : | |

## ORDER

And now, this **7th** day of **January, 2026,** upon consideration of the Debtor's Motion (Doc. No. 52), and whereas no Certificate of Service has been filed indicating service of the Motion and Order setting response deadline and scheduling a hearing, and whereas neither Debtor nor anyone on her behalf appeared at the hearing held on this date,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Motion is **DENIED.**

Carlota M. Böhm
United States Bankruptcy Judge

**Copy Mailed To:**

Cherell Harrington
9261 Valley Street
Pittsburgh, PA 15235

FILED
1/7/26 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

[1] The caption of this Order reflects the caption of the Debtor's Motion. The Court notes that the Debtor is the moving party.

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22037-CMB

Cherell Harrington     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Jan 07, 2026     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherell Harrington, 9261 Valley Street, Pittsburgh, PA 15235-1517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Jeffrey J. Sikirica | on behalf of Trustee Jeffrey J. Sikirica TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
   on behalf of Debtor Cherell Harrington ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9